# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
| --- |

**AUGUST 2024**

E-Filing Number: 2408002496

**00251**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| --- | --- |
| JAMES FURLONG | SWFT EMOBILITY, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| --- | --- |
| 1652 MCFARLAND ROAD<br>PITTSBURG PA 15216 | 2 SKYLINE DRIVE<br>HAWTHORNE NY 10532 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| --- | --- |
| | ALLSTAR INNOVATIONS |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| --- | --- |
| | 2 SKYLINE DRIVE<br>HAWTHORNE NY 10532 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| --- | --- |
| | BEST BUY CO., INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| --- | --- |
| | 7601 PENN AVENUE SOUTH<br>RICHFIELD MN 55423 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
| --- | --- | --- |
| 1 | 3 | ☒ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☐ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
| --- | --- |
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration   ☐ Mass Tort   ☐ Commerce   ☐ Settlement<br>☒ Jury   ☐ Savings Action   ☐ Minor Court Appeal   ☐ Minors<br>☐ Non-Jury   ☐ Petition   ☐ Statutory Appeals   ☐ W/D/Survival<br>☐ Other: |

CASE TYPE AND CODE

2P - PRODUCT LIABILITY

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY**<br>AUG 01 2024 | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES    NO |
| --- | --- | --- |

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: JAMES FURLONG

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
| --- | --- |
| ILAN ROSENBERG | 1500 WALNUT ST<br>18TH FLOOR<br>PHILADELPHIA PA 19102 |

| PHONE NUMBER | FAX NUMBER | |
| --- | --- | --- |
| (215)940-6282 | (215)875-8575 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
| --- | --- |
| 89668 | ir@freiwaldlaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
| --- | --- |
| ILAN ROSENBERG | Thursday, August 01, 2024, 03:45 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**FREIWALD LAW, P.C.**
By:    Ilan Rosenberg, Esquire
        Attorney I.D. No.: 89668
        ir@freiwaldlaw.com
        Evan Y. Liu, M.D., J.D.
        Attorney I.D. No. 203838
        eyl@freiwaldlaw.com
        Zachary S. Feinberg, Esquire
        Attorney I.D. No. 325297
        zsf@freiwaldlaw.com
1500 Walnut Street
Eighteenth Floor
Philadelphia PA 19102
(215) 875-8000

Filed and Attested by the
Office of Judicial Records
01 AUG 2024 02:43 pm

Attorneys for Plaintiff

| | |
|---|---|
| JAMES FURLONG<br>1652 McFarland Rd.<br>Pittsburgh, PA 15216<br><br>     v.<br><br>SWFT EMOBILITY, LLC<br>2 Skyline Drive Hawthorne,<br>NY 10532<br>    and<br>ALLSTAR INNOVATIONS<br>2 Skyline Drive<br>Hawthorne, NY 10532<br>    and<br>BEST BUY CO., INC.<br>7601 Penn Avenue South<br>Richfield, MN 55423 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>AUGUST TERM 2024<br>NO.<br><br>JURY TRIAL DEMANDED |

<table>
<tr><td>

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
One Reading Center
Philadelphia, Pennsylvania 19107
Telephone: 215-238-6333 TTY: 215-451-6197

</td><td>

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene viente (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandanre y requiere que usted cumpla con todas las provisiones de esta demande. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.    LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE, SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR RAL SERVCIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
SERVICO DE REFERENCIA E INFORMACION LEGAL
One Reading Center
Filadelfia, Pennsylvania 19107
Telefone: 215-238-6333   TTY: 215-451-8197

</td></tr>
</table>

Case ID: 240800251

**FREIWALD LAW, P.C.**
By:    Ilan Rosenberg, Esquire
        Attorney I.D. No.: 89668
        ir@freiwaldlaw.com
        Evan Y. Liu, M.D., J.D.
        Attorney I.D. No. 203838
        eyl@freiwaldlaw.com
        Zachary S. Feinberg, Esquire
        Attorney I.D. No. 325297
        zsf@freiwaldlaw.com
1500 Walnut Street
Eighteenth Floor
Philadelphia PA 19102
(215) 875-8000

Attorneys for Plaintiff

| | |
|---|---|
| JAMES FURLONG<br>1652 McFarland Rd.<br>Pittsburgh, PA 15216<br><br>    v.<br><br>SWFT EMOBILITY LLC<br>2 Skyline Drive<br>Hawthorne, NY 10532<br>    and<br>ALLSTAR INNOVATIONS<br>2 Skyline Drive<br>Hawthorne, NY 10532<br>    and<br>BEST BUY CO., INC.<br>7601 Penn Avenue South<br>Richfield, MN 55423 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>AUGUST TERM 2024<br>NO.<br><br>JURY TRIAL DEMANDED |

## COMPLAINT – CIVIL ACTION

### I.    THE PARTIES

1.    Plaintiff, James Furlong is an adult citizen of the Commonwealth of Pennsylvania, residing at 1652 McFarland Rd., Pittsburgh, PA 15216.

2.    Defendant, SWFT Emobility LLC, is a company engaged in the business of designing, developing, manufacturing, testing, packaging, promoting, advertising, marketing,

2

Case ID: 240800251

labeling, distributing, and selling personal electric vehicles, including the SWFT Volt electric-powered bicycle.

3. Defendant, SWFT Emobility LLC, is, and at all times material hereto was, upon information and belief, a corporation organized under the laws of the State of New York with its principal place of business located at 2 Skyline Drive, Hawthorne, NY, 10532.

4. Defendant SWFT Emobility LLC is hereinafter referred to as "SWFT."

5. At all times material hereto, Defendant SFWT conducted and continues to conduct substantial and continuous business in the Commonwealth of Pennsylvania, and in the County of Philadelphia, including the marketing, sale and/or distribution of SWFT electric-powered bicycles and other personal electric vehicles to Pennsylvania residents such as Mr. Furlong.

6. Defendant Allstar Innovations is a company engaged in the business of product promotion, advertising, marketing, distributing, and related management services for SWFT Emobility LLC in exchange for ownership equity.

7. Defendant Allstar Innovations was at all times material hereto, upon information and belief, a corporation organized under the laws of the State of New York with its principal place of business located at 2 Skyline Drive, Hawthorne, NY, 10532.

8. Defendant Allstar Innovations is hereinafter referred to as "Allstar."

9. At all times material hereto, Defendant Allstar conducted and continues to conduct substantial and continuous business in the Commonwealth of Pennsylvania and Philadelphia County, including the marketing, sale and/or distribution of personal electric vehicles and electric electric-powered bicycles to Pennsylvania residents such as Mr. Furlong.

10. Defendant Best Buy Co., Inc., hereinafter referred to as Best Buy, is a company engaged in the business of retail sales, both online and in-person, as well as the promotion,

3

advertising, marketing, and distribution of products, including but not limited to SWFT electric-powered bicycles such as the SWFT Volt.

11.     Defendant Best Buy was at all times material hereto, upon information and belief, a corporation organized under the laws of the State of Minnesota with its principal place of business located at 7601 Penn Avenue South, Richfield, MN 55423.

12.     At all times material hereto, Defendant Best Buy conducted and continues to conduct substantial and continuous business in the Commonwealth of Pennsylvania and Philadelphia County, including the marketing, sale, and/or distribution of personal electric vehicles to Pennsylvania residents such as Mr. Furlong.

13.     At all times relevant herein, Defendants include any and all parents, subsidiaries, affiliates, divisions, franchises, partners, joint ventures, and organizational units of any kind, their predecessors, successors, and assigns, and their officers, directors, employees, agents, representatives, and any and all other persons acting on their behalf.

14.     At all times relevant herein, each of the Defendants was the agent, servant, partner, predecessor in interest, aider and abettor, co-conspirator, and joint venture of the other and at all times operating and acting within the purpose and scope of said agency, service, employment, partnership, conspiracy, and/or joint venture.

## II.     FACTUAL ALLEGATIONS

15.     On or about June 2, 2022, Mr. Furlong was delivered a SWFT Volt electric-powered bicycle manufactured and marketed by Defendants from Best Buy online store.

16.     The electric-powered bicycle was delivered in a partially assembled condition with the rear wheel attached prior to delivery to Mr. Furlong.

4

Case ID: 240800251

17.     Plaintiff assembled the remaining parts including the front wheel and handlebars as instructed, and inflated the tires to the prescribed pressure using an electric air pump, checking both tactilely and with a pressure gauge.

18.     Unbeknownst to Mr. Furlong, the subject bicycle was defective.

19.     On or about Saturday August 6, 2022, Mr. Furlong was cycling on a neighborhood street at a reasonable and controlled rate of speed when the rear tire failed without warning, causing Mr. Furlong to lose control of the Volt electric-powered bicycle and crash, striking the back of his helmeted head.

20.     Subsequent to the bicycle crash, Mr. Furlong sought medical attention and treatment and care at St. Clair Medical Center and was eventually referred to the Sports Medicine Concussion Program at University of Pittsburgh Medical Center.

21.     As a result of failure of the subject bicycle, Mr. Furlong was diagnosed with concussion, traumatic brain injuries, and has been left with significant and debilitating post-concussive injuries, including but not limited to severe cognitive and memory deficits and personality changes.

22.     The SWFT Volt electric-powered bicycle was designed, manufactured, promoted, and marketed by Defendants, and was expected to and did reach the user or consumer without substantial change in the condition in which it was sold.

23.     The SWFT Volt electric-powered bicycle was in a defective condition and unreasonably dangerous to the user or consumer, including the Plaintiff, at the time it left the control of the Defendants.

5

## III.   CLAIMS FOR RELIEF

**COUNT I - STRICT LIABILITY**
**James Furlong v. All Defendants**

24.   Plaintiff incorporates by reference the preceding paragraphs as if fully set forth herein.

25.   The SWFT Volt electric-powered bicycle was defectively designed and/or manufactured, making it unreasonably dangerous for its intended and foreseeable use, and which was unreasonably dangerous to the ultimate users and consumers of the product.

26.   The defective and dangerous conditions of the SWFT Volt electric-powered bicycle was unknowable and unacceptable to the average or ordinary consumer and was a condition upon normal use that was dangerous beyond the contemplation of a reasonable consumer.

27.   The risk of the defective and dangerous design of the SWFT Volt electric-powered bicycle outweighed the utility of the design, such that a reasonable person would conclude that the probability and seriousness of harm arising from the product's design outweighed the burden or cost of taking precautions.

28.   The defective and dangerous design and manufacture of the SWFT Volt electric-powered bicycle resulted in a product that was unsafe for its intended and foreseeable use, including the intended and foreseeable use of the product by the Plaintiff.

29.   The SWFT Volt electric-powered bicycle was also dangerous and defective by virtue of the failure of the Defendants to furnish the product with adequate warnings and instructions.

30.   As a direct and proximate result of the defective and dangerous design and/or manufacture of the SWFT Volt electric-powered bicycle, and the failure to provide the product

6

Case ID: 240800251

with adequate warnings and instructions, Plaintiff James Furlong was caused to suffer the injuries, damages and losses described herein.

## COUNT II - NEGLIGENCE
### James Furlong v. All Defendants

31.    Plaintiff incorporates by reference the preceding paragraphs as if fully set forth herein.

32.    Defendants owed a duty of care to Plaintiff to design, manufacture, promote, and market an electric-powered bicycle that was safe for its intended use.

33.    Defendants breached this duty by designing, manufacturing, promoting, and marketing an electric-powered bicycle with defective wheels.

34.    The injuries sustained by Plaintiff James Furlong were caused by the negligence and carelessness of the Defendants, by and through their authorized agents, servants and/or employees, in the following particular respects:

        a.    Failing to properly design, manufacture, and/or install bicycle wheels appropriate for use on the SWFT Volt electric-powered bicycle;

        b.    Failing to properly design, manufacture, and/or install bicycle tire inner tubes appropriate for use on the SWFT Volt electric-powered bicycle;

        c.    Failing to properly design, manufacture, and/or install bicycle tires appropriate for use on the SWFT Volt electric-powered bicycle;

        d.    Failing to properly test the bicycle wheels, inner tubes, and/or tires installed for use on the SWFT Volt electric-powered bicycle;

        e.    Failing to provide adequate instructions and warnings regarding bicycle wheels, inner tubes, and tires installed on the SWFT Volt electric-powered bicycle.

35.    As a direct and proximate result of Defendants' negligence, Mr. Furlong sustained serious injuries, including but not limited to traumatic brain injury and post-concussive cognitive and memory deficits.

7

## COUNT III - BREACH OF WARRANTY
### James Furlong v. All Defendants

36.    Plaintiff incorporates by reference the preceding paragraphs as if fully set forth herein.

37.    Defendants expressly and/or impliedly warranted that the SWFT Volt electric-powered bicycle was marketable, safe and fit for its intended purpose.

38.    The SWFT Volt electric-powered bicycle was not marketable, safe and fit for its intended purpose, as it contained defects in its wheels, inner tubes, and/or tires that caused the Plaintiff's injuries.

39.    As a direct and proximate result of Defendants' breach of warranty, Plaintiff sustained serious injuries, including but not limited to traumatic brain injury and post-concussive cognitive and memory deficits.

**WHEREFORE**, Plaintiff James Furlong demands judgment in his favor and against Defendants and seeks damages in excess of local arbitration limits, as well as costs, interest, and other such relief as the Court may deem appropriate

FREIWALD LAW, P.C.

By: _____

ILAN ROSENBERG, ESQ
EVAN Y LIU, MD, JD
ZACH FEINBERG, ESQ
Attorneys for Plaintiff

Date:  August 1, 2024

8

Docusign Envelope ID: 7CF58F3C-5883-4CF9-B5C1-F23AFE3FC47F

## VERIFICATION

I, James Furlong, hereby verify that the facts set forth in this Complaint are true and correct to the best of my knowledge, information and belief. I understand that false statements made here may be subject to the penalties of 18 Pa C.S. Section 4904 relating to unsworn falsification to authorities.

Signed by:

JAMES FURLONG

Date: 8/1/2024

Case ID: 240800251